**Bruce W. Brewer**, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

FILED '06 NOV 13 08:27 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GEORGIA ANKENY, | CIVIL CASE NO. **6:05-cv-01644-TC** |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| JO ANNE BARNHART, Commissioner of Social Security Administration, | |
| Defendant. | |

Attorney fees in the amount of $4,356.32 are hereby awarded to plaintiff to be paid directly to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412.

DATED this _10_ day of _Nov_, 2006

_____
United States ~~District~~/Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES